**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6808**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

CHRISTOPHER WHITE,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, Chief District Judge.
(CR-98-358, CA-02-1487)

———————

Submitted:  July 25, 2002          Decided:  August 2, 2002

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Christopher White, Appellant Pro Se.  Jamie M. Bennett, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher White appeals the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2002) and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. White, Nos. CR-98-358; CA-02-1487 (D. Md. Apr. 26, 2002; May 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED